UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                      Plaintiff,        ) | |
| v.        ) | Civil No.  1:05cv00195-LG-RHW |
| LEE M. JOHNSON,        )<br>AMWEST SURETY INSURANCE CO.,        )<br>HERBERT W. GENTRY,        )<br>CHARLOTTE MILLER HARRIS,        )<br>HOWELL & ROMAINES, LLP,        )<br>LARRY C. SMITH,        )<br>ROBERTSDALE LIVESTOCK AUCTION,        )<br>STATE OF MISSISSIPPI,        )<br>TRUSTMARK NATIONAL BANK,        )<br>GARY BEECH, AND PEARL RIVER        )<br>COUNTY TAX COLLECTOR,        ) | |
|                      Defendants.        ) | |

**CONSENT ORDER DISTRIBUTING SALE PROCEEDS**

The principal amount of $204,000 has been placed in the registry of this Court in relation to the above-named action.  In consideration of the Joint Motion for Partial Disbursement of Funds, this Court grants the Motion and authorizes and directs the Clerk of Court to draw checks on the funds on deposit in the registry of this Court in the sum of $69,055 as follows:

      a.    Check amount:    $800.52
           Payable to:       Pearl River County Chancery Clerk
                                 (Refer to PPIN 29332 and tax years 2005 and 2006 on check)
           Mail to:           Pearl River County Tax Collector
                                 P.O. Box 509
                                 Poplarville, Mississippi 39470

  b.  Check amount:  $250.09
    Payable to:   Pearl River County Tax Collector
          (Refer to PPIN 29332 and tax year 2007 on check)
    Mail to:    Pearl River County Tax Collector
          P.O. Box 509
          Poplarville, Mississippi 39470

  c.  Check amount:  $531.89
    Payable to:   Richard C. Fitzpatrick, Esq.
    Mail to:    Richard C. Fitzpatrick, Esq.
          P.O. Box 546
          Poplarville, Mississippi 39470-0546

  d.  Check amount:  $1,285.06
    Payable to:   United States Treasury
    Mail to:    Katherine F. Young
          Technical Services Advisor
          Internal Revenue Service
          1555 Poydras Street, Suite 220
          Stop 65
          New Orleans, Louisiana  70112

  e.  Check amount:  $66,187.44
    Payable to:   United States Treasury
    Mail to:    Laura M. Conner
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 14198
          Ben Franklin Station
          Washington, D.C. 20044

In the event that Robertsdale Livestock Auction, Inc., fails to file an objection to the distribution of the remaining funds on deposit within ten (10) days of the filing of the Joint Motion for Disbursement of Funds, then the remaining proceeds on deposit shall be distributed as follows:

  a.  Check amount:  $67,472.50
    Payable to:   Larry C. Smith
    Mail to:    Richard C. Fitzpatrick, Esquire
          Post Office Box 546
          Poplarville, MS  39470

      b.      Check amount:      $ 67,472.50
             Payable to:         Charlotte Miller Harris
             Mail to:             Robert R. Marshall, Esquire
                                      525 Corrine Street
                                      Hattiesburg, MS 39401

      c.      If any proceeds remain, they should be divided equally into thirds with one-third paid each to the United States Treasury, to Larry C. Smith, and to Charlotte Miller Harris and mailed to Laura M. Conner, Richard C. Fitzpatrick, and Robert R. Marshall, respectively, at the addresses noted above.

**SO ORDERED AND ADJUDGED** this the 21st day of February, 2008.

                                        s/ *Louis Guirola, Jr.*
                                        LOUIS GUIROLA, JR.
                                        UNITED STATES DISTRICT JUDGE

Approved as to form and content:

| | |
|---|---|
| /s/ Laura M. Conner | /s/ Joe H. Montgomery |
| Laura M. Conner | Joe H. Montgomery, Esq. |
| Trial Attorney, Tax Division | Williams, Williams & Montgomery, P.A. |
| U.S. Department of Justice | P.O. Box 113 |
| Post Office Box 14198 | Poplarville, Mississippi 39470 |
| Ben Franklin Station | Telephone: (601) 795-4572 |
| Washington, D.C. 20044 | (Attorney for defendant Gary Beech, |
| Telephone: (202) 514-6438 |    Pearl River County Tax Collector) |
| Facsimile: (202) 514-9868 | |
| Email: laura.m.conner@usdoj.gov | |
| (Attorney for plaintiff United States) | /s/ Robert R. Marshall |
| | Robert R. Marshall, Esq. |
| | 525 Corinne Street |
| /s/ Richard C. Fitzpatrick | Hattiesburg, Mississippi 39401 |
| Richard C. Fitzpatrick, Esq. | Telephone: (601) 582-5015 |
| P.O. Box 546 | (Attorney for defendant |
| Poplarville, Mississippi 39470-0546 |    Charlotte Miller Harris) |
| Telephone: (601) 795-2206 | |
| (Attorney for defendant Larry C. Smith) | |

/s/ Matthew Q. Tompkins
Matthew Q. Tompkins, Esq.
Rosen, Cook, Sledge, Davis,
   Shattuck & Oldshue
P.O. Box 2727
Tuscaloosa, Alabama 35403-2727
Telephone: (205) 344-5000
(Attorney for defendant Robertsdale Livestock Auction)

/s/ James L. Powell
James L. Powell, Esq.
Mississippi State Tax Commission
P.O. Box 1033
Jackson, Mississippi 39215-1033
Telephone: (601) 923-7412
(Attorney for defendant State of Mississippi)